## CLARK v. FIELD.

### May 7, 1836.

*Motion for a duplicate writ nunc pro tunc.*

Where a *testatum fieri facias* from this county has been executed by the sheriff, who has indorsed his return, but the writ has been accidentally lost, the court will order a duplicate writ to issue *nunc pro tunc.*

THIS was a *testatum fieri facias* to Crawford county, returnable to September term 1835.    The sheriff indorsed on it his return of " levied and condemned" on certain real estate in that county, and on the 21st of November 1835, placed it in the postoffice, directed to the prothonotary of this court, by whom it was never received. These facts were made to appear by *affidavit.*

*W. Smith,* for the plaintiff, moved for a rule that the prothonotary issue a duplicate of the *testatum fieri facias nunc pro tunc,* and cited, White *v.* Lovejoy, 3 *Johns. Rep.* 448.

THE COURT granted the rule.